1914.) In the matter of the application of Louis Fischer for writ of mandamus against the faculty of the New York University.

PER CURIAM. *Motion for mandamus denied, without costs, on the ground that the faculty of the New York University, in passing on the qualifications of the petitioner, acts as a quasi judicial body, whose determination cannot be reversed by mandamus (People ex rel. Jones v. N. Y. Homeopathic Medical College and Hospital, 20 N. Y. Supp. 379); also in that this court has original jurisdiction to grant the writ of mandamus only to a judge or judges (section 2069, Code Civ. Proc); and, further, that the remedy by alternative writ of mandamus has been passed upon by the Special Term, and denied by order of Mr. Justice Blackmar, February, 26, 1914. See, also, 146 N. Y. Supp. 1091.*

---

In re FISCHER. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) In the matter of the application of Louis Fischer for a writ of mandamus against the faculty of the New York University. No opinion. Motion denied. See, also, 146 N. Y. Supp. 1090.

---

FITZGIBBON, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Frank Fitzgibbon against the Erie Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 145 N. Y. Supp. 1123.

---

FITZPATRICK, Appellant, v. NAUSHON CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Charles F. Fitzpatrick against the Naushon Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

FLAITZ, Respondent, v. ELMIRA, C. & W. RY., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Ida Flaitz against the Elmira, Corning & Waverly Railway. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

FLEMING, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Appeal from Trial Term, New York County. Action by Catherine J. Fleming, administratrix, against the New York Transportation Company. From a judgment on a verdict for plaintiff, and from an order denying a motion for new trial, defendant appeals. Reversed, and new trial ordered. Theodore H. Lord, of New York City, for appellant. William Rand, Jr., of New York City, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence as to the lack of contributory negligence.

INGRAHAM, P. J., and HOTCHKISS, J., dissent, and vote for affirmance.

---

FLYNN, Respondent, v. WHITNEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by John H. Flynn against Charles L. A. Whitney and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

FORSTER v. OSBORNE. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Thomas H. Forster against William H. H. Osborne. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

---

FOX v. FOX. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Sigmund Fox against Henry E. Fox. No opinion. Application denied, with $10 costs. Order signed. See, also, 145 N. Y. Supp. 949.

---

FOX et al. v. PROCTOR. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Hugh L. Fox and others against Frederick F. Proctor. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 709; 146 N. Y. Supp. 1091.

---

FOX et al. v. PROCTOR. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Hugh L. Fox and others against Frederick F. Proctor. No opinion. Motion granted. Order filed. See, also, 146 N. Y. Supp. 1091.

---

FRANK J. LENNON CO., Appellant, v. NEW YORK MAIL CO., Respondent (five cases). (Supreme Court, Appellate Division, First Department. March 6, 1914.) Actions by the Frank J. Lennon Company against the New York Mail Company. B. L. Kraus, of New York City, for appellant. W. R. Wilder, of New York City, for respondent. No opinion. Determinations affirmed, with costs. Orders filed. See, also, 158 App. Div. 882, 142 N. Y. Supp. 1118.

---

FRIED, Respondent, v. BECHER, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Annie Fried against Nathan Becher. No opinion. Order affirmed, without costs, with leave to defendant to withdraw his demurrer and answer within 20 days, upon payment of all costs, except the costs of this appeal, to be taxed on notice.

---

FROST, Appellant, v. HAYWARD et al., Respondents. (Supreme Court, Appellate Divi-